IN THE MATTER OF THE PETITION OF A-1 CARTING COMPA-
NY, INC., TO PURCHASE ASSETS AND ISSUE EVIDENCE
OF DEBTS DUE IN MORE THAN TWELVE MONTHS.

May 12, 1986.

Petition for certification denied.

WILLIAM MURAVSKY, ET AL.

v.

THE TOMS RIVER BOARD OF EDUCATION, ET AL.

May 12, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK GREEN.

May 12, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGELO MARSETTE.

May 12, 1986.

Petition for certification denied.